

EOD
06/06/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| Isaak Shpitsek | § | Case No. 17-40697 |
| 4120 Los Altos Drive | § | |
| Plano, TX 75024 | § | |
| SSN / ITIN: xxx-xx-8094 | § | |
| | § | |
| Bella Shpitsek | § | |
| 4120 Los Altos Drive | § | |
| Plano, TX 75024 | § | |
| SSN / ITIN: xxx-xx-4319 | § | |
| | § | Chapter 11 |
| Reorganized Debtors | § | |

**ORDER DISMISSING CASE**

On April 30, 2018 this court issued its Agreed Order Granting in Part Motion of the United States Trustee to Dismiss (docket item #48) ("the Agreed Order").

The Agreed Order required the Reorganized Debtors, within twenty-one days of the date of entry of the order, to file all past due quarterly operating reports, and to pay all U.S. Trustee fees due and owing, or this case would be automatically dismissed without need of further notice and hearing.

Upon the submission of the United States Trustee's verified statement, the court finds that cause exists for the dismissal of this case, and it is hereby:

ORDERED that this case is DISMISSED. The Reorganized Debtors shall pay all U.S. Trustee quarterly fees due and owing within 10 days of the date of entry of this order.

SO ORDERED AND ADJUDGED.

Signed on 6/6/2018

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

All that certain lot, tract or parcel of land situated in the City of Cumby, Hopkins County, Texas, and being part of Block 26 of the Original Town of Cumby, and being known as that tract of land described in a Deed from Evelyn Shroyer to Thelma M. Johnson as recorded in Volume 78, Page 841 of the Real Property Records of Hopkins County, Texas, and being more particularly described as follows:

   **BEGINNING** at a 1/2 inch iron rod with plastic cap stamped "STOVALL & ASSOC." set (hereinafter called 1/2 inch iron rod set) for corner at the intersection of the East line of Paris Street with the South line of Tarrant Street, said point also being the Northwest corner of the above cited Johnson tract;

   **THENCE** N. 89 deg. 18 min. 53 sec. E. with the South line of Tarrant Street a distance of 50.00 feet to a 1/2 inch iron rod found for corner at the Northeast corner of said Johnson tract, said point also being the Northwest corner of that tract of land described in a Deed from Mark Alan Crumpton to Sherry Lee Crumpton as recorded in Volume 92, Page 672 of the Real Property Records of Hopkins County, Texas;

   **THENCE** S. 00 deg. 04 min. 40 sec. W. with the East line of said Johnson tract and the West line of said Crumpton tract and along a chain link fence a distance of 116.27 feet to a 1/2 inch iron rod set for corner in the North line of that tract of land described as Tract Thirty in a Deed from Darby & Darby, Inc., to Bobby Adams, et al, as recorded in Volume 403, Page 289 of the Official Public Records of Hopkins County, Texas, at the Southeast corner of said Johnson tract, said point also being the Southwest corner of said Crumpton tract;

   **THENCE** S. 89 deg. 18 min. 53 sec. W. with the South line of said Johnson tract and the North line of said Adams tract, passing a 3/8 inch iron rod found at a distance of 39.77 feet, and continuing for a total distance of 48.45 feet to a 1/2 inch iron rod set for corner in the East line of Paris Street at the Southwest corner of said Johnson tract;

**THENCE** N. 00 deg. 41 min. 07 sec. W. with the East line of Paris Street a distance of 116.26 feet to the **POINT OF BEGINNING** and containing 0.131 acres of land, more or less.

EXHIBIT A