IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.: 17-40697 |
| ISAAK SHPITSEK | § | |
| BELLA SHPITSEK | § | CHAPTER 11 |
| | § | |
| DEBTOR(S) | | |

## NOTICE OF APPEARANCE

**COMES NOW,** Carlos Hernandez-Vivoni, of the Law Firm of McCarthy & Holthus, LLP, and hereby gives Notice of Appearance in this cause as Counsel for Creditor, Wells Fargo Bank, N.A., its assignees and/or successors.

The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

**DATED** 4/11/2019

Respectfully Submitted,

McCarthy & Holthus, LLP

*/s/ Carlos Hernandez-Vivoni*
Yoshie Valadez SBN 24091142
Carlos Hernandez-Vivoni SBN 24096186
Robert Brandon Hakari SBN 24107552
1255 West 15th Street Suite 1060
Plano, TX 75075
Phone: (214) 291-3800
Fax: (214) 291-3801
Atty File No.: TX-19-20812
ATTORNEYS FOR SECURED CREDITOR

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance was served on the parties listed below by the United States Mail, first class postage prepaid or via electronic e-mail by the Clerk of Court on 4/12/2019:

By First Class Mail Postage Prepaid:

DEBTOR(S)
Bella Shpitsek
4120 Los Altos Drive
Plano, TX 75024

Isaak Shpitsek
4120 Los Altos Drive
Plano, TX 75024

By CM/ECF:

COUNSEL FOR DEBTOR(S)
Robert T. DeMarco
DeMarco-Mitchell, PLLC
1255 West 15th St.
Suite 805
Plano, TX 75075

U.S. TRUSTEE
US Trustee
110 N College Avenue
Suite 300
Tyler, TX 75702

All Parties Requesting Notice Via CM/ECF System

McCARTHY & HOLTHUS, LLP

*/s/Carlos Hernandez-Vivoni*
Carlos Hernandez-Vivoni
Atty file no.: TX-19-20812

McCarthy & Holthus, LLP
TX-19-20812