Barrett Daffin Frappier Turner & Engel, LLP
1900 St. James Place, 5th Floor, Suite 500
Houston, Texas  77056
(713) 693-2000

BDFTE #8536724

Attorneys for WELLS FARGO BANK, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EAASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § | CASE NO. 15-33561 |
| ISAAK SHPITSEK and BELLA SHPITSEK, Debtors | | CHAPTER 13 |

## NOTICE OF TERMINATION OF AUTOMATIC STAY
## DUE TO FAILURE TO CURE DEFAULT

1. On Order Confirming Amended Plan of Reorganization was entered by the Court on September 7, 2017.  Wells Fargo Bank, N.A. was treated as the Class 1B claimant.  The Debtor failed to comply with the terms of the Plan.  Wells Fargo Bank, N.A. has given any and all Notices of default required to be given by the Plan.

2. In accordance with the **Default Paragraph** of the Plan regarding Class 1B, the automatic stay is terminated with respect to Wells Fargo Bank, N.A. on property described as:

   4120 LOS ALTOS DRIVE
   PLANO, TX  75024

ISAAK SHPITSEK and BELLA SHPITSEK, Debtors
CASE NO. 17-40697-BTR-11

                Respectfully submitted,

                BARRETT DAFFIN FRAPPIER
                TURNER & ENGEL, LLP


BY:  /s/MITCHELL BUCHMAN
      MITCHELL BUCHMAN
      TX NO. 03290750
      1900 ST. JAMES PLACE SUITE 500
      HOUSTON, TX 77056
      Telephone: (713) 621-8673
      Facsimile: (713) 621-8583
      E-mail: EDECF@BDFGROUP.COM
      ATTORNEY FOR MOVANT

ISAAK SHPITSEK and BELLA SHPITSEK, Debtors
CASE NO. 17-40697-BTR-11

# CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2020, a true and correct copy of the foregoing Notice of Termination of Automatic Stay was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY:  /s/MITCHELL BUCHMAN
MITCHELL BUCHMAN
TX NO. 03290750
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (713) 621-8583
E-mail: EDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

**DEBTORS:**
ISAAK SHPITSEK
4120 LOS ALTOS DRIVE
PLANO, TX 75024

BELLA SHPITSEK
4120 LOS ALTOS DRIVE
PLANO, TX 75024

**DEBTOR'S ATTORNEY:**
ROBERT T. DEMARCO
1255 WEST 15TH ST
805
PLANO, TX  75075

**TRUSTEE:**
Donald S. Leslie
2731-A Montana Avenue
El Paso, TX  79903-3799